AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 07/10/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John C. Campbell United States Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 15 A 10: 04 FINANCIAL DISCLOSURE OFFICE

**Granade, Callie V**

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Southwest Bancshares, Inc. (Director's fees) |
| 2. 2008 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | May 2009, December 2008 | Washington, DC | attend FJA Board meetings | Transportation, hotel & meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Southwest Bankcshares stock (see note) | F | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | B | Interest | K | T | | | | | |
| 3. Wachovia Bank Accounts | A | Int./Div. | K | T | | | | | |
| 4. Army Aviation Center Federal Credit Union | A | Int./Div. | K | T | | | | | |
| 5. 1/2 Interest in Virginia Properties, LLC (see note) | | None | K | W | Distributed (part) | 12/18 | K | | |
| 6. ███ in Baldwin County, Alabama (see note) | | None | K | W | Spinoff (from line 5) | | | | |
| 7. 1/2 interest in ███ in Baldwin County, Alabama (see note | | None | | | Transferred (to line 5) | 06/02 | | | (see note) |
| 8. Morgan Stanley Brokerage Account | | | | | | | | | |
| 9. -- Bank Deposit Program Morgan Stanley Bank | B | Interest | N | T | | | | | |
| 10. -- American Cap Strategies Ltd. common stock (see note) | B | Dividend | | | | | | | |
| 11. -- Apple Computer Inc. common stock | | None | K | T | Sold (part) | 06/04 | L | E | |
| 12. -- Bank of America stock (see note) | B | Dividend | | | | | | | |
| 13. -- Biotech Holders Tr stock | A | Dividend | K | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15. -- Citizens Communications Co. stock | | | | | Sold | 01/03 | K | | |
| 16. -- Coca Cola stock | A | Dividend | K | T | | | | | |
| 17. -- Diageo PPLC SponADR stock | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | K | T | | | | | |
| 19. -- Fedex Corp. stock (see note) | A | Dividend | | | | | | | |
| 20. -- First Horizon Nat'l Corp. stock (see note) | A | Dividend | | | | | | | |
| 21. -- Ishares MSCI Aust Index Fund | C | Dividend | K | T | | | | | |
| 22. -- Ishares MSCI Brazil (Free) Index Fund | A | Dividend | J | T | | | | | |
| 23. | A | Distribution | | | | | | | |
| 24. -- Kimberly Clark Corp. stock | B | Dividend | L | T | Buy (add'l) | 06/04 | K | | |
| 25. -- Microsoft Corp. common stock | A | Dividend | K | T | | | | | |
| 26. -- Monsanto Co. stock | A | Dividend | J | T | | | | | |
| 27. -- Nestle Spon ADR stock (see note) | B | Dividend | L | T | Spinoff (from line 27) | 07/02 | | | |
| 28. -- Pepsico Inc. NC stock | C | Dividend | L | T | | | | | |
| 29. -- Powershares Exchange Tr. Fund | A | Dividend | K | T | | | | | |
| 30. -- Powershares Water Res PTF | A | Dividend | K | T | | | | | |
| 31. -- Royal Bank of Scotland ser Q | C | Dividend | K | T | | | | | |
| 32. -- Sherwin Williams Co. Ohio stock | A | Dividend | K | T | | | | | |
| 33. -- Smith & Newphew PLC ADR | A | Dividend | | | Sold | 06/04 | K | | |
| 34. -- Target Corp. stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- The Advisory Board Co. stock | | None | J | T | | | | | |
| 36. -- U.S. Bancorp common stock | C | Dividend | L | T | | | | | |
| 37. -- Wm Wrigley Jr. Co. stock | B | Dividend | | | Sold | 10/07 | L | E | |
| 38. -- Alabama Judicial Bldg. AU Rev Bond | | None | | | Matured | 01/02 | M | F | |
| 39. -- Alabama Wtr Pollution Ctl Auth Rev Re volving Fund Ser B | A | Interest | | | Matured | 02/15 | K | | |
| 40. -- Lauderdale Cnty & Florence, AL Health Rev Bond | B | Interest | K | T | | | | | |
| 41. -- Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 42. -- Seariver Maritime Def Interest Debenture zero coupon | | None | M | T | | | | | |
| 43. -- BAC Capital Trust | B | Interest | K | T | | | | | |
| 44. -- JPM Chase Cap XVI | A | Interest | K | T | Buy | 06/04 | K | | |
| 45. -- USB Cap VI | B | Interest | K | T | Buy | 06/04 | K | | |
| 46. -- American Amcap B Mutual Fund | | None | K | T | | | | | |
| 47. -- American Growth Fund of America B Mutual Fund | A | Dividend | K | T | | | | | |
| 48. -- American Inv Co. of America B Mutual Fund | A | Dividend | K | T | | | | | |
| 49. -- M & I Marshall & Ilsley Bank CD | C | Interest | L | T | Buy | 03/03 | L | | |
| 50. -- Southwest Bank of St. Louis CD | C | Interest | L | T | Buy | 03/03 | L | | |
| 51. -- Town North Bank CD | B | Interest | | | Buy | 03/03 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Banco Santander CD | A | Interest | | | Buy | 03/05 | L | | |
| 53. | | | | | Sold | 05/12 | L | | |
| 54. -- Bank North CD | B | Interest | | | Buy | 05/12 | L | | |
| 55. | | | | | Sold | 07/14 | L | | |
| 56. -- WesternBank PR CD | A | Interest | | | Buy | 03/05 | K | | |
| 57. | | | | | Sold | 07/14 | K | | |
| 58. -- U.S. Treasury Bill | | None | | | Buy | 02/04 | N | | |
| 59. | | | | | Sold | 03/04 | N | B | |
| 60. --Allstate Life Variable Annuity ( MS B VA W/MAV DB/5% IV) | | None | L | T | | | | | |
| 61. Morgan Stanley Retirement Account | A | Int./Div. | K | T | | | | | |
| 62. -- Allianz CCM Cap Apprec B Mutual Fund | | | | | | | | | |
| 63. --Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 64. 1/12 mineral rights, parcel in Washington County, AL | | None | J | W | | | | | |
| 65. 40% interest in Daphne Offices, LLC (see note) | D | Distribution | M | Q | | | | | |
| 66. 12.5% interest in office bldg, Bay Minette, AL (see note) | C | Rent | L | Q | | | | | |
| 67. 26.5% interest in South Baldwin Offices, LLC (see note) | D | Distribution | L | Q | | | | | |
| 68. 16.24% interest in Stockton Oaks, LLC (see note) | | None | L | R | Buy | 02/20 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 1/6 interest in ▮▮▮▮ property in Magnolia Springs, AL | | None | L | W | | | | | |
| 70. 1/3 interest in real estate parcel #1 in Washington Cty, AL | | None | L | W | | | | | |
| 71. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 72. Ameritrade IRA (formerly Fiserv IRA - see note) | D | Int./Div. | N | T | | | | | |
| 73. -- CGM Focus Fund | | | | | Buy (add'l) | 05/07 | J | | |
| 74. | | | | | Sold | 11/20 | K | | |
| 75. -- DFA Large Cap Value Portfolio (see note) | | | | | | | | | |
| 76. -- Dodge & Cox International Stock Fund Cl A | | | | | Sold | 08/26 | J | | |
| 77. -- Dodge & Cox Stock Fund | | | | | Buy (add'l) | 03/27 | J | | |
| 78. | | | | | Sold (part) | 05/14 | J | | |
| 79. | | | | | Sold (part) | 06/05 | J | | |
| 80. | | | | | Sold | 08/26 | J | | |
| 81. -- Fairholme Fund | | | | | Buy (add'l) | 02/14 | J | | |
| 82. | | | | | Buy (add'l) | 02/27 | J | | |
| 83. | | | | | Buy (add'l) | 05/30 | J | | |
| 84. | | | | | Buy (add'l) | 09/23 | J | | |
| 85. | | | | | Sold (part) | 11/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/18 | J | | |
| 87. --First Eagle Global Fund Class I | | | | | Sold (part) | 04/01- | J | | |
| 88. | | | | | Sold (part) | 11/19 | M | | |
| 89. | | | | | Buy (add'l) | 12/18 | J | | |
| 90. -- First Eagle Gold Fund Class A | | | | | Buy | 01/31 | J | | |
| 91. | | | | | Buy (add'l) | 04/20 | J | | |
| 92. | | | | | Sold | 11/20 | J | | |
| 93. --Fiserve Trust Money Market Account | | | | | Transferred (to line 94) | 08/15 | J | | |
| 94. -- Ameritrade Cash Account | | | | | Transferred (from line 93) | 08/18 | J | | |
| 95. -- Franklin/Mutual Discovery Class Z | | | | | Sold (part) | 08/27 | J | | |
| 96. | | | | | Sold | 08/28 | J | | |
| 97. -- Ivy Science and Technology Class A | | | | | Sold | 08/28 | K | | |
| 98. -- Keeley Small Cap Value Fund | | | | | Buy (add'l) | 04/22 | J | | |
| 99. | | | | | Buy (add'l) | 05/15 | J | | |
| 100. | | | | | Buy (add'l) | 05/21 | J | | |
| 101. | | | | | Buy (add'l) | 06/17 | J | | |
| 102. | | | | | Buy (add'l) | 06/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/19 | K | | |
| 104. | | | | | Sold | 11/20 | J | | |
| 105. -- Kinetics Paradigm Institutional Class | | | | | Sold | 08/27 | J | | |
| 106. -- Kinetics Paradigm Fund | | | | | Sold | 04/17 | J | | |
| 107. -- Matthews Pacific Tiger | | | | | Buy (add'l) | 02/26 | J | | |
| 108. | | | | | Sold | 08/28 | K | | |
| 109. -- Sequoia Fund | | | | | Sold | 08/28 | J | | |
| 110. -- Turner Emerging Growth Fund | | | | | Buy (add'l) | 05/16 | J | | |
| 111. | | | | | Sold (part) | 11/19 | K | | |
| 112. -- Direxion Funds S&P 500 Bear 2.5X FD | | | | | Buy | 08/29 | K | | |
| 113. | | | | | Buy (add'l) | 09/05 | J | | |
| 114. | | | | | Buy (add'l) | 09/10 | J | | |
| 115. | | | | | Sold (part) | 09/19 | K | | |
| 116. | | | | | Buy (add'l) | 09/30 | K | | |
| 117. | | | | | Sold (part) | 10/07 | J | | |
| 118. | | | | | Sold (part) | 10/08 | K | | |
| 119. | | | | | Sold (part) | 10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/10 | K | | |
| 121. | | | | | Sold (part) | 10/14 | J | | |
| 122. | | | | | Sold (part) | 10/15 | J | | |
| 123. | | | | | Sold (part) | 10/20 | J | | |
| 124. | | | | | Sold (part) | 10/29 | J | | |
| 125. | | | | | Sold (part) | 10/30 | J | | |
| 126. | | | | | Sold (part) | 10/31 | J | | |
| 127. | | | | | Sold (part) | 11/19 | J | | |
| 128. | | | | | Sold | 11/20 | J | | |
| 129. -- Diamonds Trust Series I Com | | | | | Buy | 12/19 | K | | |
| 130. -- SPDR Gold Tr Gold SHS Closed End Fund | | | | | Buy | 12/19 | K | | |
| 131. Trust #1 (see note)(See Part I, Line 1) | | None | M | T | | | | | |
| 132. Trust #2 (see note) | | None | P1 | Q | | | | | |
| 133. -- Southwest Bancshares stock | | | | | | | | | |
| 134. Smith Barney Citigroup acct. | | | | | | | | | |
| 135. -- Genworth Life & Annuity annuity | | None | K | T | | | | | |
| 136. Stone, Granade & Crosby, P.C. 401(k) (see note) | | | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. – American Funds Growth F | | | | | | | | | |
| 138. – Artisan Intl. | | | | | | | | | |
| 139. –Columbia Acom Fund Z | | | | | | | – – | | |
| 140. – Dreyfus Midcap Index | | | | | | | | | |
| 141. –Pimco Total Return D | | | | | | | | | |
| 142. – Schwab S&P 500 E Shares | | | | | | | | | |
| 143. – Van Kampen Comstock A | | | | | | | | | |
| 144. – Weitz Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Granade, Callie V. | 07/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2008

Part VII, Lines 5, 6 & 7: Virginia Properties liquidated its holdings. The condo in Nashville was sold. Its value was more than the value of the other asset, real estate in Baldwin County. The Baldwin County property (Line 6) was deeded to me, and the other 50% owner of the LLC gave me approximately $9000 in cash from the sale of the condo so that the value of the LLC's assets were evenly distributed. The 8 acres on Line 7 was then conveyed by me and the other owner to Virginia Properties, LLC on 6/2/08,. The only asset left in Virginia Properties, LLC is the 8 acres in Baldwin County.

Part VII, Line 10: This stock was sold on 12-28-07, but paid a dividend in January 2008.

Part VII Line 12: This stock was sold on 12-28-07, but paid a dividend in January 2008.

Part VII, Line 19: This stock was sold on 12-28-07, but paid a dividend in January 2008.

Part VII, Line 20: This stock was sold on 12-28-07, but paid a dividend in January 2008.

Part VII, Line 27: This stock gave a stock dividend on 07-02-08

Part VII, Line 65: Daphne Offices, LLC owns an office building in Daphne, AL, last appraised on 8/6/02 for $300,000. Tax valuation for 2008 was $321,000. 40% of $321,000 = $128,400.

Part VII, Line 66: Office Building in Bay Minette, AL last appraised on 4/9/01 at $270,000. Tax valuation for 2008 was $418,500. 12/5% of $418,500 = 52,312.50.

Part VII, Line 67: South Baldwin Offices, LLC owns an office building and lot in Foley, AL, last appriased in April 2002 for $200,000. Tax valuation for 2008 was $512,000, but valuation appealed.
Claimed valuation is $344,000. 26.5% of $344,000 is $91,160.

Part VII, Line 68: Stockton Oaks, LLC owns ███████ of land in north Baldwin County, AL, acquired on 2/20/08 for $387,960. 16.24% of that amount is $65,493.

Part VII, Line 72: All assets held in the Fiserv IRA were transferred to the Ameritrade IRA on 8/19/08. Transactions that occurred during the year in both IRAs are reported under this heading.

Part VII, Line 75: This asset was sold last year. Last year's report, at line 98, reported the last transaction concerning this asset as a "partial sale" when it should have reported a "sale".

Part VII, Line 131: The only asset in the trust is a permanent life insurance policy.

Part VII, Line 132: The only asset in the trust is stock of Southwest Bancshares, some of which ws a gift from ██████, and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2008. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 136: This is a 401(k) plan at ████████ law firm. It is administered by Geller Group, Ltd., and issues reports quarterly.

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544